No. 43. UNITED STATES v. JOHN McSHAIN, INC. Argued

October 20, 1939. Decided November 6, 1939. *Per Curiam:* The judgment is reversed, and the cause is remanded to the Court of Claims with instructions to enter judgment in favor of the United States. *Plumley* v. *United States,* 226 U. S. 545, 547; *Merrill-Ruckgaber Co.* v. *United States,* 241 U. S. 387, 393. *Mr. Richard H. Demuth,* with whom *Solicitor General Jackson, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Charles A. Horsky* were on the brief, for the United States. *Mr. Prentice E. Edrington,* with whom *Mr. Herman J. Galloway* was on the brief, for respondent. ■

Order amended, *post,* p. 520.